1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone: (559) 497-4000
5



6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )   1:11 CR 00291 AWI
                                    )
12          Plaintiff,              )
                                    )   ORDER RE: EX PARTE MOTION TO
13     v.                           )   SEAL INDICTMENT PURSUANT TO
                                    )   RULE 6(e), FEDERAL RULES OF
14  JAMES JEROME GAGE,              )   CRIMINAL PROCEDURE
                                    )
15          Defendant.              )
                                    )
16  _____
17
18     Pursuant to the motion by the United States, IT IS HEREBY
19  ORDERED that the Indictment filed herein is sealed.
20
21  DATED: 8/25/2011          _____
                                   U.S. MAGISTRATE JUDGE
22
23
24
25
26
27
28

                                  3