1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE
7                      EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 UNITED STATES OF AMERICA,         )  Case No: 1:11-CR-291
                                     )
12                 Plaintiff,        )
                                     )  ORDER TO **UNSEAL** INDICTMENT
13       v.                          )
                                     )
14                                   )
   JAMES JEROME GAGE,                )
15                                   )
                   Defendant.        )
16                                   )
                                     )
17

18      Upon application of the United States of America and good cause
19 having been shown,
20      IT IS HEREBY ORDERED that the indictment in the above-captioned
21 proceeding be and is hereby unsealed.
22
23 Date: Dec 20, 2011         [signature]
                              Honorable Jennifer L. Thurston
24                            United States Magistrate Judge

25

26

27

28

                                   2

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,       )
                                    )  Case NO. 1:11-CR-291
12                  Plaintiff,      )
                                    )  REQUEST TO UNSEAL INDICTMENT
13       v.                         )
                                    )
14  JAMES JEROME GAGE,              )
                                    )
15                  Defendant.      )
                                    )
16  _____   )
17
18
         The arrest warrant in the above-captioned proceeding was
19
    executed on December 20, 2011. As a result, there is no need for the
20
    indictment to remain under seal.  Accordingly, the United States asks
21
    that the Court order that the indictment be unsealed.
22
23
                                    BENJAMIN B. WAGNER
24                                  United States Attorney
25
26  Date: December 20, 2011         /s/ Elana S. Landau
                                    By: Elana S. Landau
27                                  Assistant United States Attorney
28
```

1