DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES JEROME GAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00291 AWI-DLB |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| JAMES JEROME GAGE, | Date :  April 23, 2012 |
| *Defendant.* | Time:  1:00 P.M. |
| | Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 30, 2012, before The Honorable Anthony W. Ishii, **may be continued to April 23, 2012, at 1:00 P.M., before Magistrate Dennis L. Beck.**

This continuance is requested by defense counsel.  Additional discovery has been requested by defense counsel.  Until such time as the additional information is obtained and assessed, and counsel has had an opportunity to review any such information with defendant, no meaningful plea negotiations can be had in these proceedings.  AUSA Elana Landau has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

                                        BENJAMIN B. WAGNER
                                      United States Attorney

DATED: January 26, 2012        /s/ Elana Landau
                                      KIMBERLY SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: January 26, 2012        /s/ Rachel W. Hill
                                      RACHEL W. HILL
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAMES JEROME GAGE

## O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   January 26, 2012                                                    
                                                            CHIEF UNITED STATES DISTRICT JUDGE