HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES JEROME GAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JEROME GAGE,<br><br>Defendant. | No.  Cr. F 11-291 AWI<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, JAMES JEROME GAGE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On September 24, 2012, this Court sentenced Mr. Gage to a term of 57 months imprisonment;

3.      His total offense level was 19, his criminal history category was V, and the resulting guideline range was 57 to 71 months;

4.     The sentencing range applicable to Mr. Gage was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Gage's total offense level has been reduced from 19 to 17, and his amended guideline range is 46 to 57 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Gage's term of imprisonment to a total term of 46 months.

Respectfully submitted,

Dated:  December __, 2014

BENJAMIN B. WAGNER
United States Attorney


*/s/ Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  December 15, 2014

HEATHER E. WILLIAMS
Federal Defender


*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JAMES JEROME GAGE

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Gage is entitled to the benefit Amendment 782, which reduces the total offense level from 19 to 17, resulting in an amended guideline range of 46 to 57 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2012 is reduced to a term of 46 months, effective as of November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, an effective date of the amended judgment as November 1, 2015, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1          Unless otherwise ordered, Mr. Gage shall report to the United States Probation Office

2   within seventy-two hours after his release.

3

4   IT IS SO ORDERED.

5   Dated:   December 17, 2014

6                                          SENIOR  DISTRICT  JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28